IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAYON MCINTOSH,

    Plaintiff,

v.

DANIEL GOFF, GARY BOUGHTON,
and TRINA KROENING-SKIMA,

    Defendants.

ORDER

Case No. 20-cv-451-wmc

*Pro se* plaintiff Dayon McIntosh is proceeding against defendants Daniel Goff, Gary Boughton and Trina Kroening-Skima on a claim related to being blocked from participating in Ramadan meals. On November 3, 2023, defendants filed a motion for summary judgment. (Dkt. #45.) The court initially set November 24, 2023, as plaintiff's deadline to respond to defendants' motion. On December 15, 2023, after plaintiff failed to respond by that deadline -- which was incorrectly set and should have been December 4, 2023, based on the court's summary judgment procedure -- the court gave plaintiff until January 2, 2024, to file a response to defendants' motion, warning him that his failure to respond would result in the court granting defendants' motion as unopposed and dismissing this lawsuit with prejudice. (Dkt. #54.) That deadline, too, has passed, and McIntosh has not responded or contacted the court seeking an extension of that deadline. Accordingly,

ORDER

IT IS ORDERED that defendants' motion for summary judgment (dkt. #45) is GRANTED, and plaintiff's claim is dismissed with prejudice for failure to prosecute under Fed. R. Civ. P. 41(b). The clerk of court is directed to enter judgment accordingly and close this case.

Dated this 22nd day of January, 2024.

BY THE COURT:
/s/
WILLIAM M. CONLEY
District Judge